CLARK SMITH VILLAZOR

Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, New York 10017
www.csvllp.com

CHRISTOPHER J. CLARK
D: 212.377.0853
clark@csvllp.com

September 29, 2026

**BY ECF**
The Honorable Ramon E. Reyes, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Zohar Pinhasi*, 26 Cr. 271 (RER)

Dear Judge Reyes:

On behalf of Zohar Pinhasi, defendant in the above-captioned matter, I respectfully request an adjournment of Mr. Pinhasi's initial appearance and bond hearing, currently scheduled for September 30, 2026, at 11:00 a.m., to October 7, 2026, at 11:00 a.m., or another time convenient for the Court. Mr. Pinhasi is currently out of the country for travel that was scheduled prior to his awareness of this indictment, and the additional time will allow him to wrap up personal matters as he attends to an ill relative prior to voluntarily returning to the United States. I have conferred with the government, and it does not object to this request. Additionally, I submit that any time under the Speedy Trial Act between September 30, 2026 and October 7, 2026 be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

*/s/ Christopher J. Clark*
Christopher J. Clark
**CLARK SMITH VILLAZOR LLP**
666 Third Avenue, 21st Floor
New York, NY 10017
(212) 377-0850
Clark@csvllp.com

*Attorney for Defendant Zohar Pinhasi*

cc: All counsel of record (by ECF)