# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **Peggy Cross-Goldenberg** DATE : **10/7/26**

DOCKET NUMBER: **26CR271(RER)** LOG#: 2:55 – 3:22

DEFENDANT'S NAME : **Zohar Pinhasi**
✓ Present ___ Not Present ✓ Custody ___ Bail

DEFENSE COUNSEL: **Christopher Clark**
___ Federal Defender ___ CJA ✓ Retained

A.U.S.A: **Lindsey Oken** CLERK: **Felix Chin**

INTERPRETER: (Language)

Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held. ✓ Defendant's first appearance.

✓ Bond set at $ 2 million. Defendant ✓ released ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.

2 (~~Additional~~) surety/ies to co-sign bond by 10/14/26

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 10/7/26 Stop 11/9/26

✓ Rule 5f warnings given to the govt. ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 11/9/26 @ 10:30 before Judge Reyes

Other Rulings: Dfse counsel + govt agree on a $ 2 million bond.