**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AFM/LRO
F. #2022R00375

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 12, 2026

By FedEx and Email

Emma Rosen
Clark Smith Villazor LLP
666 Third Avenue
21st Floor
New York, NY 10017
212-597-2338
Email: emma.rosen@csvllp.com

Re: United States v. Zohar Pinhasi
Criminal Docket No. 26-CR-271 (RER)

Dear Counsel:

Enclosed please find discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure." The government also requests reciprocal discovery from the defendant.

I. The Government's Discovery

A. Statements of the Defendant

The government hereby produces the documents listed in Attachment A.

B. The Defendant's Criminal History

The government is not currently aware of any criminal history of the defendant in the United States.

C. Documents and Tangible Objects

You may examine the physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

II. Future Discussions

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in Lafler v. Cooper, 132 S. Ct. 1376 (2012), and Missouri v. Frye, 132 S. Ct. 1399 (2012).

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Alexander Mindlin
Alexander Mindlin
Lindsey Oken
Assistant U.S. Attorneys
(718) 254-6433/6516

Enclosures

cc: Clerk of the Court (RER) (by ECF) (without enclosures)

## Attachment A

| Description | Beginning Bates | Ending Bates |
|---|---|---|
| Extractions of all material recovered from a gray Lenovo Yoga C930 Laptop (Serial number: PF1MEN9B) collected from Zohar Pinhasi | EDNY-00000007 | EDNY-00000007 |
| Extractions of all material recovered from a white iPhone 15 Pro with black case (Model #: MTQX3LL/A; IMEI: 353171920369594) collected from Zohar Pinhasi | EDNY-00000008 | EDNY-00000008 |
| Extractions of all material recovered from a white iPhone with black case (IMEI: 356681113772765) collected from Zohar Pinhasi | EDNY-00000009 | EDNY-00000009 |
| Extractions of all material recovered from a black charger containing a hidden camera with a Samsung 128 GB Micro SD Card collected from Zohar Pinhasi | EDNY-00000010 | EDNY-00000010 |
| Extractions of all material recovered from a Dell Inspiron 15 (Serial #: BMW2D82) collected from Zohar Pinhasi | EDNY-00000011 | EDNY-00000011 |
| Extractions of all material recovered from a black Lenovo ThinkPad (Model number: X390; Serial number: PC-1F1Q23) collected from Zohar Pinhasi | EDNY-00000012 | EDNY-00000012 |
| Extractions of all material recovered from a black iPhone SE collected from Zohar Pinhasi | EDNY-00000013 | EDNY-00000013 |
| Extractions of all material recovered from a My Passport Ultra hard disk (Serial number: WX61D45R33PT) collected from [redacted] | EDNY-00000014 | EDNY-00000014 |
| Extractions of all material recovered from an HP laptop | EDNY-00000015 | EDNY-00000015 |

| | | |
|---|---|---|
| (Serial number: 5CD6315FY5) collected from [redacted] | | |
| Extractions of all material recovered from a black Lenovo laptop (Serial number: MP18TTUU) collected from [redacted] | EDNY-00000016 | EDNY-00000016 |
| Extractions from a black HP laptop (Serial number: 2CE8T31NGP) collected from [redacted] | EDNY-00000017 | EDNY-00000017 |
| Extractions from a cellphone (Serial number: RFCN80NF1A) collected from [redacted] | EDNY-00000018 | EDNY-00000018 |